UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TED DARNELL DANIELS,

        Plaintiff,

  v.

ERIC ARNOLD,

        Defendant.

Case No. 16-cv-01119-JSC

**ORDER OF TRANSFER**

Plaintiff is a California prisoner incarcerated at Solano State Prison ("SSP") in Vacaville, California. He claims that defendants violated his civil rights at SSP. Vacaville is in Solano County, which lies within the venue of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84. Venue for this civil rights action is therefore proper in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, and in the interests of justice, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: March 14, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TED DARNELL DANIELS,

    Plaintiff,

  v.

ERIC ARNOLD,

    Defendant.

Case No. 16-cv-01119-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ted Darnell Daniels ID: Prisoner Id T-23705
Solano State Prison
P.O. Box 4000
Buidling 24 / 125 Low
Vacaville, CA 95696

Dated: March 14, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

2