1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TED DARNELL DANIELS,                         No.  2:16-cv-0551 MCE AC P

12              Plaintiff,

13         v.                                       ORDER

14    ERIC ARNOLD,

15              Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  On March 31, 2016, plaintiff was directed to pay the filing fee or submit an

19    application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to proceed in

20    forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of

21    his prison trust account statement for the six-month period immediately preceding the filing of the

22    complaint and obtained the certification required on the application form.  See 28 U.S.C. §

23    1915(a)(2).  Plaintiff will be provided the opportunity to submit the completed application and the

24    certified copy in support of his application to proceed in forma pauperis.

25         In accordance with the above, IT IS HEREBY ORDERED that:

26         1.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

27    his prison trust account statement for the six-month period immediately preceding the filing of the

28    /////

                                                    1

1   complaint and shall obtain the assistance of an authorized prison official to complete the

2   certificate portion of the application form.

3        2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

4   Forma Pauperis By a Prisoner.

5        3.  Plaintiff's failure to comply with this order will result in a recommendation that this

6   action be dismissed without prejudice.

7   DATED: April 12, 2016

8

9   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28