UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED DARNELL DANIELS,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC ARNOLD, et al.,<br><br>    Defendants. | No. 2:16-cv-0551 MCE AC P<br><br><br>ORDER |

Defendants shall, on or before Friday, February 7, 2020, file and serve a response to plaintiff's objections to the subpoenas duces tecum served by defendants in early January.

IT IS SO ORDERED.

DATED: January 31, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE