UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED DARNELL DANIELS, | No. 2:16-cv-0551 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| ERIC ARNOLD, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action against sole defendant Dr. Marianna Lotersztain on an Eighth Amendment claim of deliberate indifference to plaintiff's serious medical needs. Due to the current COVID-19 health crisis and associated prison restrictions concerning library access, as well as a standard 90-day interval for prisoners to request Olsen medical record reviews, plaintiff requests a 90-day extension of the discovery deadline. ECF No. 48. The current discovery deadline is May 1, 2020, and the deadline for dispositive motions is July 31, 2020. ECF No. 41. Plaintiff's request includes several documents reflecting his efforts to obtain an earlier review of his medical records. For good cause shown, plaintiff's request will be granted and all current deadlines will be extended.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for extended time, ECF No. 48, is granted.

////

1

2.  The discovery deadline is extended to Friday, July 31, 2020, and the dispositive motion deadline is extended to Friday, October 30, 2020.

DATED: April 21, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE