UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED DARNELL DANIELS,<br><br>                Plaintiff,<br><br>        v.<br><br>ERIC ARNOLD, et al.,<br><br>                Defendants. | No.  2:16-cv-0551 MCE AC P<br><br><br>ORDER and<br><br>ORDER TO SHOW CAUSE |

Plaintiff, a state prisoner proceeding pro se, filed a motion to compel discovery on September 24, 2020.  ECF No. 59.  Sole defendant Lotersztain's response was due within 21 days, i.e. by October 15, 2020.  See Local Rule 250(l).  Defendant is directed to show cause, within seven (7) days, why she did not file a timely response and shall also respond to the merits of plaintiff's motion.  Plaintiff may file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven (7) days after the filing date of this order, defendant shall file and serve a statement showing cause for her failure to timely respond to plaintiff's motion to compel discovery, and shall also file and serve a substantive response to plaintiff's motion.

////

////

////

1

2. Plaintiff may, within seven (7) days after service of defendant's response, file and serve a reply.

IT IS SO ORDERED.

DATED: October 19, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE