UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED DARNELL DANIELS, | No. 2:16-cv-0551 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| ERIC ARNOLD, et al., | |
| Defendants. | |

Plaintiff filed a motion for a sixty-day extension of time to file objections to the November 3, 2023 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 79) is GRANTED; and
2. Plaintiff is granted sixty days from the service of this order in which to file objections.

DATED: November 27, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE