UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED DARNELL DANIELS,<br><br>   Plaintiff,<br><br>   v.<br><br>ERIC ARNOLD, et al.,<br><br>   Defendants. | No.  2:16-cv-00551 KJM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2023, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  After receiving an extension of time (ECF No. 80), plaintiff filed timely objections to the findings and recommendations (ECF No. 81).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 3, 2023 (ECF No. 78), are adopted in full;

2. Defendant's motion for summary judgment (ECF No. 63) is granted;

3. Plaintiff's motion for partial summary judgment (ECF No. 72) is denied;

4. Judgment shall be entered in defendant's favor; and

5. The Clerk of the Court is directed to close the case.

DATED: March 27, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE